UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUSAN MELLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 4:13CV2543NCC |
| ) | |
| UNUM CORPORATION, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the court is Plaintiff's motion "to set aside its April 15, 2014 order, to seal the file and withdraw the filings from the public record and renewed Motion for a federal judge to review the file where the claim has been resolved." (Doc. 41). Plaintiff filed the pending motion under seal, along with her Memorandum in Support of the same. (Doc. 42).

On April 15, 2014, this court ordered that the seal on numerous motions filed by Plaintiff be lifted and denied numerous motions filed by her, including a motion to set aside the court's previous orders and remove documents from the public court file. (Doc. 40 (denying Docs. 21, 23, 24, 26, 27, 28, 30, 33, 35, 37, and lifting seal on Docs. 21-38)).

In the pending motion, Plaintiff states that "where the claim has been resolved with the terms confidential, where it is a expected a dismissal with prejudice will be filed Plaintiff moves all orders be set aside as moot, the complaint be withdrawn, the file and all documents on same be sealed and taken off public internet access [sic]." Plaintiff also states that there "is no public interest in keeping the file," and asks the court to remove all public access to filings in the instant matter.

To the extent Plaintiff requests the court to reconsider and set aside its previous Orders in this matter and to the extent Plaintiff asks that a federal judge, other than the undersigned, review this matter, the court finds Plaintiff's motion should be denied. Plaintiff has not cited authority and/or cause for these actions. To the extent Plaintiff asks this court remove all public access to matters of public record in this case, this court is without authority to do so. To the extent Plaintiff states that her claims are resolved and suggests that this matter will be dismissed, with prejudice, the court will order that Plaintiff has fourteen days from the date of this order to file a motion to voluntarily dismiss this matter or to show cause why the court should not dismiss her Amended Complaint. If Plaintiff fails to do so, she is advised that her Amended Complaint may be dismissed based on her assertions in the pending motion.

To the extent Plaintiff requests the court to reconsider and set aside its previous Order lifting the seal of Plaintiff's EEOC/MCHR documents, the court will grant Plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to set aside the April 15, 2014 orders, to seal the file and withdraw the filings from the public record and renewed Motion for a federal judge to review the file where the claim has been resolved (Doc. 41) is **DENIED IN PART AND GRANTED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to seal the MCHR/EEOC Documents (Doc. 10) is granted. The Clerk of the Court shall place a **SEALED** notation on the MCHR/EEOC Documents (Doc. 10);

**IT IS FURTHER ORDERED** that the Clerk of Court shall **LIFT THE SEALED NOTATION** from Doc. 41 and Doc. 42;

**IT IS FINALLY ORDERED** that Plaintiff has fourteen (14) days from the date of this Order to voluntarily dismiss this matter based on the resolution of her claims or to show cause why the Amended Complaint should not be dismissed; if Plaintiff fails to do so, she is advised that the Amended Complaint (Doc. 39) may be dismissed.

Dated this 28th day of April, 2014.

/s/ Noelle C. Collins
UNITED STATES MAGISTRATE JUDGE